Steven James Goodhue (#029288)
Law Offices of Steven James Goodhue
9375 East Shea Blvd., Suite 100
Scottsdale, AZ 82560
Telephone: (480) 214-9500
Facsimile: (480) 214-9501
E-Mail: sjg@sjgoodlaw.com

*Attorney for Plaintiff*
*Sunlust Pictures, L.L.C.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SUNLUST PICTURES, L.L.C., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL TEKALA,<br><br>Defendant. | **CASE NO.: 2:12-cv-02157-GMS**<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses this action in its entirety without prejudice. In accordance with Federal Rule of Civil Procedure 41(a)(1), Defendant has neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

Dated this 21st day of December, 2012

                                      Law Offices of Steven James Goodhue

                            By:   /s/ Steven James Goodhue
                                     Steven James Goodhue (#029288)
                                     9375 East Shea Blvd., Suite 100
                                     Scottsdale, AZ 82560
                                     *Attorney for Plaintiff*
                                     *Sunlust Pictures, L.L.C.*